922 A.2d 875

**In re ESTATE of John J.B. LIGHT, Deceased.**

**Petition of John F. Light.**

Supreme Court of Pennsylvania.

April 24, 2007.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **REVERSED,** and the matter is **REMANDED** to the Superior Court for disposition on the merits. *See Estate of Janosky,* 827 A.2d 512 (Pa.Super.2003); *Estate of Luongo,* 823 A.2d 942 (Pa.Super.2003); Pa.R.A.P. 311; as amended June 29, 2005. Jurisdiction relinquished.